UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE COLONNA, <br><br> Plaintiff, <br><br> v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. C17-0160-JCC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, after careful consideration of Plaintiff's complaint, the Report and Recommendation of the Honorable J. Richard Creatura, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts and approves the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g).

(3) The Clerk is DIRECTED to enter judgment for defendant and the case should be closed.

(4) The Clerk of the Court is DIRECTED to send copies of this Order to the parties and to Judge Creatura.

//

//

1       DATED this 13th day of October 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
C17-0160-JCC
PAGE - 2